1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
9
                        EASTERN DIVISION
10

| | |
|---|---|
| 11  ROBERTSON'S READY MIX, LTD., RRM PROPERTIES, LTD., ROBERTSON'S TRANSPORT, LTD., MCC DEVELOPMENT CORPORATION, | **CASE NO. 5:22-cv-01386 JGB (SPx)** |
| 12 | |
| 13 | **ORDER ENTERING STIPULATED PROTECTIVE ORDER** |
| 14           Plaintiffs, | |
| 15      v. | |
| 16  GREGORY M. EDWARDS, ROBERT E. MATJE, MERVYN Y. ENCARNACION, DONALD H. RUBIDOUX, STEPHEN R. WHITWORTH, JOHN T. SMITH, JERRY E. EDWARDS, DENISE CAMPOS, JUAN CAMPOS, VINCE Y. ENCARNACION, ANTHONY A. EDWARDS, MICHAEL A. EDWARDS, LEONEL INCHARRIGUI, WESTERN STAFFING SOLUTIONS, LLC, WESTERN COMMERCIAL LANDSCAPING AND SWEEPING, LLC D/B/A TEAM SWEEP, WOLFPACK TRANSPORT, LLC, COBALL, LLC, IFR GLOBAL, LLC, SURKART EQUIPMENT, LLC, VAN BUREN MATERIALS, LLC, KINGSTON PART SUPPLY, LLC D/B/A ROCKETLINE PARTS, UNIVERSAL TIRE SUPPLY, LLC, PACIFICA AGGREGATES, LLC, ALL SEASONS COMFORT HEATING AND AIR CONDITIONING, LLC, CALIFORNIA AGGREGATES, LLC, | |

|  |  |
|---|---|
| 1<br>2<br>3<br>4<br>5 | WESTERN INVESTMENTS, LLC, OP INVESTMENTS, LLC, RYE, LLC, PEGGY SUE CONSULTING, LLC, MIR INVESTMENTS, LLC, PETRA SMITH GROUP, LLC, AND DOES 1-50,<br><br>                    Defendants. |

7    This action is likely to involve personally sensitive information. Such
8 confidential information, including confidential personal, business, or financial
9 information, information regarding confidential business practices, or other
10 confidential research, development, or commercial information (including information
11 implicating privacy rights of third parties), is information otherwise generally
12 unavailable to the public, or which may be privileged or otherwise protected from
13 disclosure under state or federal statutes, court rules, case decisions, or common law.

14    To expedite the flow of information, to facilitate the prompt resolution of
15 disputes over confidentiality of discovery materials, to adequately protect information
16 the parties are entitled to keep confidential, to ensure that the parties are permitted
17 reasonable necessary uses of such material in preparation for and in the conduct of
18 trial, to address their handling at the end of the litigation, and serve the ends of justice,
19 a protective order for such information is justified in this matter.

20    In light of the parties' stipulation, and good cause appearing, the court ORDERS
21 the stipulated protective order to be entered in this matter.

23 IT IS SO ORDERED.

24 Dated: December 2, 2022

               /s/ [signature]
               Honorable Sheri Pym
               United States Magistrate Judge