UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 22-1386 JGB (SPx)** | Date | March 13, 2026 |
|---|---|---|---|
| Title | ***Robertson's Ready Mix, Ltd., et al. v. Gregory M. Edwards, et al.*** | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    Order to Show Cause Why Default Should Not Be Entered
(IN CHAMBERS)**

Plaintiffs Robertson's Transport, LTD, RRM Properties, LTD., MCC Development Corporation, and Robertson's Ready Mix, Ltd. (collectively, "Plaintiffs") filed this action on August 5, 2022 against defendants Gregory M. Edwards, Robert E. Matje, Mervyn Y. Encarnacion, Donald H. Rubidoux, Stephen R. Whitworth, John T. Smith, and Does 1-50. ("Complaint," Dkt. No. 1.) On October 13, 2022, Plaintiffs filed an amended complaint, and included Peggy Sue Consulting, LLC ("Defendant") as a party to the action. ("FAC," Dkt. No. 43.) On January 7, 2026, Defendant's counsel filed a motion to withdraw as counsel of record. ("Motion," Dkt. No. 220.) On February 3, 2026, this Court granted the Motion. ("Order," Dkt. No. 221.) Because Defendant is a limited liability company, the Court ordered Defendant to "retain counsel and have counsel enter an appearance no later than March 3, 2026." (Id. at 2 n.1.) Defendant has failed to have any new counsel timely file an enter of appearance.

Accordingly, the Court **ORDERS** Defendant, **on or before April 13, 2026**, to show cause in writing as to why default should not be entered against it. Failure to comply with this order will result in entry of default. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument.

**IT IS SO ORDERED.**